UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA MARY RAMIREZ,<br><br>               Plaintiff,<br><br>     v.<br><br>J. NAZARENO,<br><br>               Defendant. | Case No.  1:16-cv-01772-DAD-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 8) |

On December 28, 2016, Plaintiff Theresa Mary Ramirez filed a notice of dismissal dismissing her case without prejudice. (ECF No. 50.) No other party has appeared in this case. In light of Plaintiff's notice, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **January 9, 2017**                           /s/ Erica P. Grosjean
                                                                          UNITED STATES MAGISTRATE JUDGE

1